TELEPHONE: (646) 701-1080
FACSIMILE: (917) 591-3219
EMAIL: rick@asdworld.com

PO BOX 508
RIDGEWOOD, NJ 07450
www.asdworld.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-10

04 MAY 2010

May 2, 2010

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Rm. 2510
New York, New York 10007

                Re:     *Europa Maritime S.A. v. Manganese Transatlantic Corp.*
                          Case No.: 08-CV-09523 (DAB)

Dear Judge Batts:

    We write this letter to renew our request that Your Honor schedule a pre-motion conference in this case pursuant to the Court's individual practices regarding Rule 12 motions. Defendant Manganese Transatlantic Corp. ("MTC") seeks to move the Court for vacatur of the existing attachment of funds pursuant to Rule 12(b)(2) based on the defense of lack of personal jurisdiction. A parallel ground for this relief is a hearing under Rule E(4)(f). This defense was reserved in the agreement between the parties and should be squarely presented to the Court for the Court's proper consideration of *all* the facts.

**MEMO ENDORSED** — Request Denied. /DAB/ 5-14-10

    A copy of our previous letter is attached for the Court's reference. In addition, we have attached a copy of the motion we propose to submit, along with the supporting declaration and a very few pages of exhibits.

    Since our letter on March 17, there have been two significant decisions maintaining attachments. Neither of those cases presents facts similar to those in MTC's case. In one case, announced in a matched pair of decisions by Judge Hellerstein, Judge Hellerstein declined to release attached funds when a non-party judgment creditor surfaced and sought to execute its judgment against the attached funds. There is no such circumstance here, and even in that case, the Rule B plaintiff itself was no longer secured via Rule B. The second decision is by Judge Sweet, in which he declined to vacate an attachment in large part because he had previously applied a civil contempt sanction against the defendant.

    MTC reserved its rights in this dispute, rights adopted by the *Hawknet* court and protected *even when a defendant does not reserve its rights*.

    We respectfully request that the Court set a date and time for a pre-motion conference to arrange for the prompt resolution of this issue. Thank you for your time and consideration.

ADMITTED IN NEW YORK, NEW JERSEY, & CALIFORNIA

Respectfully submitted,

*[signature]*

Richard J. Colosimo
Attorney For Defendant

cc: **Via Fax: (212) 385-1605**
Edward A. Keane, Esq.
Mahoney & Keane LLP
11 Hanover Square, 10th Flr.
New York, NY 10005

MTC\JudgeBatts pre-mot conf 17-Mar-10.doc

**SO ORDERED**

*[signature: Deborah A. Batts]*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE