```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EUROPA MARITIME S.A.,

                    Plaintiff,

        -against-                        08 Civ. 9523 (DAB)
                                         ORDER
MANGANESE TRANS ATLANTIC CORP., et al.,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of a letter from Defendant dated March 27, 2012, seeking to move to dismiss this case for lack of personal jurisdiction. That issue has already been decided numerous times by this Court, most recently on March 3, 2011. Should Defendant nonetheless persist in making a motion, in the absence of any change in circumstances, Defendant shall be subject to Rule 11 sanctions.

Plaintiff is hereby directed to submit a letter to the Court no later than April 30, 2012, detailing the status of the underlying arbitration.

SO ORDERED.

Dated:    New York, New York
          April 19, 2012

                                         _____
                                         Deborah A. Batts
                                         United States District Judge