

Appendix 2A: Dispersal of Funds

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EUROPA MARITIME S.A.,

           Plaintiff,

   -against-

MANGANESE TRANS ATLANTIC CORPORATION; MANAGERS SYSTEMAR CO LTD; EMPIRE CHEMICAL, LLC and PRIVAT INTERTRADING,

           Defendants.
----------------------------------------X

08 Civ. 9523 (DAB)

CONSENT ORDER

WHEREAS, Plaintiff, EUROPA MARITIME S.A. ("EUROPA"), commenced this action against Defendant MANGANESE TRANS ATLANTIC CORPORATION ("MTAC", and the Court issued Process of Maritime Attachment and Garnishment ("PMAG") pursuant to Supplemental Rule B directing the restraint of MTAC's property; and

WHEREAS, the PMAG was subsequently served on banking institutions, including, inter alia, garnishee Deutsche Bank ("DB"), and MTAC funds were restrained by DB; and

WHEREAS, on or about November 26, 2008, EUROPA and MTAC entered into a stipulation ("Stipulation") agreeing, inter alia, that EUROPA's claim would continue to be secured to the extent of $774,500 already attached by DB in New York, the remainder would be released, and service of the PMAG would cease; and

WHEREAS, the Court then vacated the PMAG and ruled that the parties' Agreement now controlled the funds; and

WHEREAS, the amount of $774,500 is presently being held by DB, in accordance with the Stipulation; and

WHEREAS, the parties have now reached a settlement of the disputes which the funds held by DB were and are intended to secure;

NOW, THEREFORE, it is hereby ORDERED that the funds that have been and are presently being held by DB be released and remitted to MTAC to the following account;

Lloyds TSB Bank Plc
SWIFT: LOYDGB2L
IBAN Account No. GB14 LOYD 3093 2311 9181 41

Transfer to be labelled "SJM/44417.5"

and

IT IS FURTHER ORDERED, that none of the referenced funds shall be subject to restraint in connection with any other action; and

IT IS FURTHER ORDERED, that upon receipt of the above-referenced funds by MTAC, the parties shall cause this action to be dismissed with prejudice and without costs; and,

IT IS FURTHER ORDERED, that this Stipulation and Order shall be governed by the laws of the State of New York, ~~and that the United States District Court for the Southern District of New York shall have~~

DAB
8/7/13

~~exclusive jurisdiction over any and all claims arising out of this Consent Order.~~

Dated: July 24 2013
New York, New York

MAHONEY & KEANE, LLP
Attorneys for Plaintiff

By: _____
Garth S. Wolfson
40 Worth Street, Tenth Floor
New York, NY 10013
(212) 385-1422

RICHARD J. COLOSIMO, ESQ.
Attorney for Defendant

By: _____
Richard L. Colosimo
164 Woodside Avenue
Ridgewood, NJ 07450
(646) 701-1080

SO ORDERED:

_____
Deborah A. Batts, USDJ