USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EUROPA MARITIME S.A.,

        Plaintiff,

-v.-                                       08 Civ. 9523 (DAB)
                                             DISMISSAL ORDER
MANGANESE TRANS ATLANTIC CORP., et al.,

        Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Parties having notified the Court that they have reached an agreement in principle to settle this action and the Plaintiff having consented to the following,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, DISMISSED WITH PREJUDICE and without costs; provided, however, that within 30 (THIRTY) days of the date of this Order, counsel for Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement has not been effected, in which event the action will be restored.

    SO ORDERED.

    Dated: New York, New York
           August 7, 2013

                                                        _____
                                                         Deborah A. Batts
                                               United States District Judge